Order issued September 20, 2012

W4143



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-01311-CR
No. 05-11-01335-CR

**TIMOTHY LEE ROBINSON, Appellant**

V.

**THE STATE OF TEXAS, Appellee**

## ORDER

Before Justices Morris, Francis, and Murphy

Based on the Court's opinion of this date, we **GRANT** the April 20, 2012 motion of Jeff P. Buchwald for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Jeff P. Buchwald as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Timothy Lee Robinson, No. 1716476, Eastham Unit, 2665 Prison Road #1, Lovelady, Texas, 75851.

JOSEPH B. MORRIS
JUSTICE